```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   23cv4503 (DLC)
LAUREN IVISON,                            :
                                          :         ORDER
                          Plaintiff,      :
              -v-                         :
                                          :
EXTEND FERTILITY, LLC,                    :
                                          :
                          Defendant.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On July 28, 2023, the defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. It is hereby

ORDERED that the plaintiff shall file any amended complaint by **August 18, 2023**. It is unlikely that the plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, the plaintiff shall file any opposition to the motion to dismiss by **August 18, 2023**. The defendant's reply, if any, shall be filed by **September 1, 2023**. At the time any reply is filed, the moving party shall supply Chambers with two (2)

courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         July 31, 2023

                                   _____
                                        DENISE COTE
                               United States District Judge