```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :     23cv4503 (DLC)
LAUREN IVISON,                           :
                                         :        ORDER
                          Plaintiff,     :
              -v-                        :
                                         :
EXTEND FERTILITY, LLC,                   :
                                         :
                          Defendant.     :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 9, 2023, the plaintiff filed a letter outlining the basis for diversity of citizenship in this action and stated that she was not able to identify the defendant's members or their citizenships. An initial pretrial conference was held on August 10. It is hereby

ORDERED that by **August 18, 2023,** the defendant shall file on ECF a letter that identifies the members of the LLC and the citizenship of each member.

Dated:   New York, New York
         August 10, 2023

                              _____
                                       DENISE COTE
                              United States District Judge