```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
                                          :    23cv4503 (DLC)
LAUREN IVISON,                            :
                                          :        ORDER
                              Plaintiff,  :
              -v-                         :
                                          :
EXTEND FERTILITY, LLC,                    :
                                          :
                              Defendant.  :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On July 28, 2023, the defendant filed a motion to dismiss the original complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of July 31 directed the plaintiff to file any amended complaint by August 18 and alerted the plaintiff that it would likely not have another opportunity to amend. The plaintiff filed an amended complaint on August 18. Accordingly, it is hereby

ORDERED that the defendant's July 28 motion is dismissed as moot.

IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by September 8, 2023
- Opposition served by September 22, 2023
- Reply served by September 29, 2023

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500

Pearl Street, New York, New York.

Dated:   New York, New York
         August 22, 2023

                              _____
                                       DENISE COTE
                              United States District Judge