```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :   23cv4503 (DLC)
LAUREN IVISON,                           :
                                         :       ORDER
                              Plaintiff, :
                   -v-                   :
                                         :
EXTEND FERTILITY, LLC,                   :
                                         :
                              Defendant. :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

    As set forth at the telephonic pretrial conference held on February 8, 2024, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties shall comply with their Rule 26(a)(1), Fed. R. Civ. P., initial disclosure obligations by February 23, 2024.

2. The plaintiff shall provide her medical release forms to the defendant by February 23, 2024.

3. This case will be referred to mediation to occur in June 2024. The Clerk of Court will contact the parties when a mediator has been selected.

4. All fact discovery must be completed by July 12, 2024.

5. Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed. R. Civ. P., must occur by August 16, 2024. Defendant's identification of experts and disclosure of expert testimony must occur by September 13, 2024.

6. Depositions of expert witnesses must occur by October 4, 2024.

7. Expert discovery must be completed by October 4, 2024.

1

8. The following motions will be served by the dates indicated below.

   Any motion by the defendant regarding the enforceability and scope of the contractual limitation of damages clause:

   - Motion served by March 1, 2024
   - Opposition served by March 22, 2024
   - Reply served by April 5, 2024

   Any motion for summary judgment:

   - Motion served by October 25, 2024
   - Opposition served by November 15, 2024
   - Reply served by December 6, 2024

   At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

9. In the event no motion for summary judgment is filed, the Joint Pretrial Order must be filed by October 25, 2024.

   As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

   SO ORDERED:

Dated:   New York, New York
         February 8, 2024

                                          _____
                                          DENISE COTE
                                          United States District Judge