# VLMMR VOUTÉ · LOHRFINK · McANDREW
# MEISNER + ROBERTS · LLP

CHARLES D. LOHRFINK, JR.
MARK McANDREW◊*
JOAN S. LEVIN
HAL ROBERTS*
BRIAN D. MEISNER
NEIL B. PTASHNIK
JOHN L. A. LYDDANE
STEVEN A. LAVIETES*
ANNA R. SCHWARTZ*
CHRISTOPHER P.KEENAN*
TIMOTHY J. LENANE*
JEFFREY S. PESKE*
MICAH I. FRIEDBERG◊*
DAVID M. JAVER
MILAN P. SPISEK*
JONATHAN I. WEINSTEIN, M.D.
JILL W. LAURENCE
DAVID N. SCHREIBER
EVAN J. LYMAN◊
MATTHEW A. BIALOR
THOMAS E. LAMB◊
MARILI D. GELARDI
JENNA R. FRANCESCHINI
LIANNA KHADER

COUNSELORS AT LAW
WHITE PLAINS · GARDEN CITY · STAMFORD
REPLY TO:
170 HAMILTON AVENUE
WHITE PLAINS, NEW YORK 10601-1789

TELEPHONE: 914.946.1400
FACSIMILE: 914.946.8024
WEBSITE: VLMMR-LAW.COM

Of Counsel:
SHEILA H. McANDREW
CORNELIUS CAWLEY
SARA JANE MOUTAL
TERI ANN QUINLAN
KEVIN J. MULLINS☐
RICHARD L. MAGRO
ELLIOT A. CRISTANTELLO
ANTHONY SAMMARTANO
ELI S. COHEN

ARTHUR J. VOUTÉ, JR. ( 1934 - 2020 )
DIANE K. KANCA ( 1955 - 2019 )

ZAHIDA RAMESAR, Practice Manager
MARGUERITE TROMBETTA, R.N., Paralegal

◊Also Admitted in New Jersey
*Also Admitted in Connecticut
✦Also Admitted in Massachusetts
☐Also C.P.A. and C.F.P.

April 29, 2024

Hon. Denise L. Cote
United State District Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street, Room 1910
New York, NY 10007

        Re:    Ivison v. Extend Fertility, LLC
                SDNY Case #: 1:23-cv-04503 (DLC)
                Our File #: 576/300-36/38-22479

Dear Judge Cote:

Please be reminded that this office represents defendant, Extend Fertility, LLC. The purpose of this correspondence is to request an indefinite adjournment of the Mediation Referral Order (ECF Doc #46) referring this case for mediation to occur in June 2024 pending further fact and expert discovery. The reason for this request is that the only discovery to be conducted thus far is the exchange of documents and other preliminary discovery. No previous request for an adjournment or extension of time has been made pertaining to the instant motion. This request will not affect any other dates in the scheduling order issued on 2/8/2024.

Thank you for your attention to this matter.

*The parties are reminded that fact discovery concludes on 7/12/24. The request to adjourn mediation is denied.*
*/s/ Denise Cote*
*4/30/24*

Best Regards,

Brian D. Meisner