UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN IVISON,

        Plaintiff,

-against-

EXTEND FERTILITY, LLC,

        Defendant.

23-CV-4503 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

    Plaintiff's letter-motion dated June 13, 2024 (Dkt. 63) is DENIED to the extent it seeks an adjournment of the mediation now scheduled for June 21, 2024. The parties have known since February 8, 2024 that the mediation would occur in June, and have known since May 7, 2024 that it would occur on June 21, 2024. The Court further notes that, on April 29, 2024, the district judge initially assigned to this action denied the parties' first motion to adjourn the mediation – a fact that neither party mentioned when submitting their second request for the same relief to the undersigned magistrate judge.

    The letter-motion is GRANTED to the extent that Judge Moses will hold a discovery conference on **June 26, 2024, at 11:00 a.m.,** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. This is an in-person proceeding.

    If the case does not settle at the mediation, counsel for the parties must meet and confer in good faith and in "real time" (*e.g.*, in person or by telephone) for at least 20 minutes to discuss the remaining issues raised in plaintiff's letter-motion. No later than **June 24, 2024,** they must file a joint update letter, no longer than 4 pages in the aggregate, *see* Moses Ind. Prac. § 1(d), signed by counsel for both parties, updating the Court as to the outcome of the mediation, affirming that they met and conferred in real time, outlining a proposed discovery schedule, and succinctly describing any discovery disagreements that remain for decision.

Dated: New York, New York
       June 17, 2024

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**