```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN IVISON,

        Plaintiff,

-against-

EXTEND FERTILITY, LLC,

        Defendant.

23-CV-4503 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

For the reasons stated on the record during today's discovery conference, plaintiff's discovery letter-motion (Dkt. 72) is GRANTED to the extent that:

1. **Plaintiff's Request for an Additional Deposition.** Plaintiff may take the deposition of Leslie Ramirez. The parties must use their best efforts to arrange the deposition of Ms. Ramirez within the next week. If the parties are unable to conduct the deposition before the August 14, 2024 fact discovery deadline, they must promptly file a letter-application explaining their scheduling difficulties and proposing a new deadline for the Ramirez deposition.

2. **Plaintiff's Request for Protection Against Discovery from Biological Donors.** Should defendant wish to contact any biological donor of plaintiff's children, either directly or indirectly, defendant must first contact plaintiff's counsel, **at least one week prior** to any such contact, and the parties must meet and confer in good faith. If they are unable to come to a satisfactory resolution, and if plaintiff wishes to prohibit or limit the contact, she must file a letter-application for a protective order.

All relief not expressly granted herein is DENIED.

Dated: New York, New York
       August 7, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**