UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN IVISON,

        Plaintiff,

-against-

EXTEND FERTILITY, LLC,

        Defendant.

23-CV-4503 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

    For the reasons stated on the record during today's status conference, to the extent plaintiff's portion of the parties' joint letter (Dkt. 78), dated August 16, 2024, constitutes a motion for sanctions, the motion is DENIED. Judge Moses will conduct a status conference on **November 18, 2024, at 10:00 a.m.** No later than **November 12, 2024**, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no controversies exist at that time, the parties may request that the conference be held telephonically.

Dated: New York, New York
       August 21, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**