UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN IVISON,

        Plaintiff,

-against-

EXTEND FERTILITY, LLC,

        Defendant.

23-CV-4503 (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2024

**BARBARA MOSES, United States Magistrate Judge**

The Court is in receipt of plaintiff's letter-motion dated November 25, 2024 (Dkt. 90), and defendant's responding letter dated December 1, 2024. (Dkt. 91.)

No later than **December 9, 2024**, plaintiff must submit the full transcript of Dr. Allen's deposition, with the statements of defense counsel to which she objects marked. Plaintiff may also submit the full video of Dr. Allen's deposition, including the timestamps of the portions to which she objects.

Dated: New York, New York
       December 2, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**