UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN IVISON,

        Plaintiff,

-against-

EXTEND FERTILITY, LLC,

        Defendant.

23-CV-4503 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

    The Court is in receipt of the parties' joint status letter dated December 9, 2024. (Dkt. 94.) Plaintiff is correct that, on June 26, 2024, the Court set a summary judgment deadline of November 26, 2024. (Dkt. 71.)[1] Thereafter, the Court extended the deadline for expert discovery from November 13 to December 6, 2024, but did not set a new summary judgment deadline. (Dkt. 88 at 6.)

    It is this Court's practice to make summary judgment motions, or, in the alternative, joint pretrial orders, due 30 days after the conclusion of expert discovery. Here, some additional time is warranted in light of the upcoming holidays. However, the extension requested by defendant is too long. Any motion for summary judgment must be filed no later than **January 27, 2025**. If neither party wishes to move for summary judgment, the parties must file their proposed joint pretrial order, in accordance with Judge Moses's individual practices, no later than **January 27, 2025**.

Dated: New York, New York
       December 10, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[1] The June 26, 2024 conference was held before Judge Moses, not Judge Cote.