UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN IVISON,

        Plaintiff,

-against-

EXTEND FERTILITY, LLC,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/3/26___
```

23-CV-4503 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

The Court has received and reviewed plaintiff's letter-motion (Dkt. 128) requesting the designation of a substitute expert witness, as well as defendant's letter in opposition. (Dkt. 131.)

On February 24, 2026, the Court issued an order (Dkt. 130) scheduling oral argument on the motion for March 5, 2026. The Court hereby ADJOURNS the March 5, 2026 conference to **March 12, 2026 at 2:15 p.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

Dated: New York, New York
      March 3, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**