USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 7/7/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAUREN IVISON,

Plaintiff,

-against-

EXTEND FERTILITY, LLC,

Defendant.

23-CV-4503 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge**

The Court is informed that the parties have agreed to settle this matter. Consequently, it is hereby ORDERED that all upcoming deadlines are VACATED, all upcoming proceedings are ADJOURNED, and this action is DISMISSED without costs and without prejudice to the parties' right, within thirty days of the date of this Order, to (a) submit their own Stipulation of Dismissal for the Court to so order, or (b) reopen the case and restore it to the active calendar if the settlement has not been completed. To be clear, any application to reopen and restore must be filed **within thirty days of the date of this Order**. Late-filed applications may be denied solely on that basis.

This Order shall be deemed a **final dismissal of the action with prejudice** in the event that no party requests restoration of the case to the active calendar within such 30-day period.

The Clerk of Court is directed to close the case.

Dated: New York, New York
July 7, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**